IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | Case No. |
| | * | 1:13-CR-437-01-TCB-ECS |
| vs. | * | |
| | * | |
| ANNAMALAI ANNAMALAI, | * | |
| | * | |
| Defendant. | * | |

## WITHDRAWAL OF MOTION FOR RECONSIDERATION WITHOUT PREJUDICE

COMES NOW Annamalai Annamalai, a defendant named in the above styled case and files this Withdrawal of the Motion of Reconsideration filed today, (Doc. # 18). Based upon Mr. Annamalai's desire for a speedy trial he wishes to withdraw the motion for reconsideration filed earlier today without prejudice.

Respectfully submitted this 11th day of December 2013.

/s/ Adam M. Hames
Adam M. Hames
Georgia Bar No. 320498
The Hames Law Firm L.L.C.

CERTIFICATE OF SERVICE

This is to certify that I have this day served correct copy of the foregoing Witdrawal with the Clerk of Court using the CM-ECF system which will automatically send e-mail notification of such filing to opposing counsel.

Steven D. Grimberg. Esq., A.U.S.A.

This 11th day of December, 2013.

    _/s/ Adam M. Hames_____
Adam M. Hames
Georgia Bar No. 320498
The Hames Law Firm L.L.C.
511 East Paces Ferry Road N.E.
Atlanta, Georgia 30305
(404)842-9577(office)
(404)842-9599 (fax)
Adam@amh-law.com
*Co-Counsel for Annamalai Annamalai*