IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Indictment No. |
| v. | ) | |
| | ) | 1:13-CR-00437-TCB-ECS |
| ANNAMALAI ANNAMALAI | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF APPEARANCE**

COMES NOW, Donald F. Samuel, and enters his **Notice of Appearance** as counsel of record for Defendant Annamalai Annamalai in the above-styled matter. Please send all correspondence, orders, court notices, and copies of pleadings, etc., to the undersigned.

        RESPECTFULLY SUBMITTED,

        **GARLAND, SAMUEL & LOEB, P.C.**

        /s/ *Donald F. Samuel*
        _____
        DONALD F. SAMUEL
        Georgia Bar No. 624475
        Attorney for Defendant

3151 Maple Drive, N.E.
Atlanta, GA  30305
Phone: 404-262-2225
Fax:  404-365-5041
dfs@gsllaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Indictment No. |
| v. ) | |
| ) | 1:13-CR-00437-TCB-ECS |
| ANNAMALAI ANNAMALAI ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the within and foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This the 2nd day of January, 2014.

/s/ *Donald F. Samuel*
_____
DONALD F. SAMUEL
Georgia Bar No. 624475
Attorney for Defendant