**Mailing Address:**
Information & Assistance Division
P.O. BOX 922004
Houston, TX 77292-2004

# HARRIS COUNTY APPRAISAL DISTRICT

**NOTICE OF APPRAISED VALUE
FOR PROPERTY TAX PURPOSES**

This is NOT a tax bill. Do NOT pay from this notice.

Tax Year: 2012        iFile Number: 82696829

www.hcad.org/iFile

**PROPERTY DESCRIPTION:**        07/26/2013
LT 99 BLK 27
(PRORATED 11-2-12)
ELENA FRUIT & COTTON FARMS D

Please use this ACCOUNT NUMBER → 0591430000240
when inquiring about your property.

2012 0591430000240 07/26/2013 0000000092 0
MAULES YOGA & SPIRITUAL CENTER

**PROPERTY LOCATION:**

Dear Property Owner:

The Harris County Appraisal District is required by law to appraise property as of January 1 for property tax purposes. We have appraised your property as of January 1, 2012 at:

| Market Value: | Appraised Value: |
|---|---|
| $737,585 | $737,585 |

Market value is the price for which property would sell if held on the market for a reasonable time and neither party is under any duress.

If you believe that the market value above is not correct, we encourage you to file a protest with the Harris County Appraisal Review Board. **The quickest and least expensive way to do this is to file online at www.hcad.org/iFile**. You will need the *iFile* number that appears in the upper right hand corner of this letter. Once you file, you will receive immediate confirmation via email. The deadline for filing your protest is **August 26, 2013**.

Should you choose to file in person or by mail, we have also enclosed a protest form and information about the protest process.

On the back of this page you will find a table breaking out information about your appraisal and the jurisdictions that can tax your property.

Sincerely,

*Sands L. Stiefer*

Sands Stiefer, R.P.A.
Chief Appraiser
Harris County Appraisal District

Enclosures:

See back for more information about your property.

201200389 0000000092