# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:13-cr-00437-TCB-ECS
### USA v. Annamalai et al
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 01/07/2014.

TIME COURT COMMENCED: 2:10 P.M.
TIME COURT CONCLUDED: 4:00 P.M.    COURT REPORTER: Lori Burgess
TIME IN COURT: 1:50                DEPUTY CLERK: Julee Smilley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Annamalai Annamalai Present at proceedings |
| ATTORNEY(S) PRESENT: | Steven Berne representing Annamalai Annamalai |
| | Steven Grimberg representing USA |
| | Adam Hames representing Annamalai Annamalai |
| | Donald Samuel representing Annamalai Annamalai |
| PROCEEDING CATEGORY: | Appeal Hearing of Magistrate Judge Order(Other Evidentiary Hearing-Contested); |
| MINUTE TEXT: | The Court heard from counsel. Government Exhibits 1 & 2 admitted. The Court finds that the Defendant shall remain detained. |