```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **V** | * | **CRIMINAL ACTION NUMBER** |
| | * | **1:13-cr-437** |
| **ANNAMALAI ANNAMALAI,** | * | |
| | * | |
| Defendant. | * | |

## MOTION REQUESTING PERMISSION TO WITHDRAW

COMES NOW Steven P. Berne, attorney for the defendant in the above-styled action, and in accordance with LcrR57.1E, moves this Honorable Court for permission to withdraw his appearance in this action and have his name stricken as attorney of record, showing as follows:

1. The undersigned attorney was retained to represent the Defendant.

2. The Defendant has requested that undersigned counsel file this motion.

3. The Defendant is and will continue to be represented by two qualified attorneys.

Based on the foregoing, undersigned counsel requests this Court grant this motion.

Respectfully submitted,

s/*Steven Berne*
STEVEN P. BERNE
ATTORNEY FOR DEFENDANT
GEORGIA BAR NO. 055020

Two Midtown Plaza
1349 W. Peachtree Street
Suite 1250
Atlanta, Georgia 30309
(404) 881-5335

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1C**

This is to certify that the foregoing document was formatted in accordance with Local Rule 5.1C in Courier New font, 12 point type.

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served upon counsel of record in this case a copy of the foregoing document via the Electronic Case Filing system of the United States District Court for the Northern District of Georgia.

This ___8_____ day of __January_____, 2014.

                                            Respectfully submitted,

                                            s/*Steven Berne*
                                            STEVEN P. BERNE
                                            ATTORNEY FOR DEFENDANT
                                            GEORGIA BAR NO. 055020

Two Midtown Plaza
1349 W. Peachtree Street
Suite 1250
Atlanta, Georgia 30309
(404) 881-5335
atlantalaw@bellsouth.net