IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    *v.*<br><br>ANNAMALAI ANNAMALAI<br>    A/K/A DR. COMMANDER SELVAM<br>    A/K/A SWAMIJI SRI SELVAM SIDDHAR<br>AND KUMAR CHINNATHAMBI | Criminal Action No.<br><br>1:13-CR-437-TCB-ECS |

**NOTICE OF APPEARANCE**

The United States of America, by Sally Quillian Yates, United States Attorney, and Samir Kaushal, Assistant United States Attorney for the Northern District of Georgia, files this Notice of Appearance in the above-captioned case to advise the Court that Samir Kaushal, Assistant United States Attorney, will be co-counsel in prosecuting this case. Please add Samir Kaushal as counsel of record for the United States of America.

                                        Respectfully submitted,

                                        SALLY QUILLIAN YATES
                                        *United States Attorney*

                          /s/  SAMIR KAUSHAL
                                        *Assistant United States Attorney*
                                        Provisionally Admitted
                                        Under Local Rule 83.1
                                        samir.kaushal@usdoj.gov

## Certificate of Service

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

Steven Berne, Esq.

Don Samuel, Esq.

Adam Hames, Esq.

March 3, 2014

                                                /s/        Samir Kaushal
SAMIR KAUSHAL
*Assistant United States Attorney*